STATE OF NEW JERSEY v. IRBY BUTLER.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER GORDON.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN B. BENBRY.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT KOWALSKI.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY NEAPOLITANO.

April 28, 1987.

Petition for certification denied.